STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
CHELSEA NORELL (Cal. Bar No. 280831)
Assistant United States Attorney
Violent and Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2624
    Facsimile: (213) 894-0141
    E-mail:   Chelsea.norell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-581-DMG |
|---|---|
| Plaintiff, | STIPULATED SUPPLEMENT TO PLEA AGREEMENT REGARDING ADVISAL OF STATUTORY MANDATORY MINIMUM SENTENCE |
| v. | |
| MATTHEW CHRISTIAN LOCHER, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Chelsea Norell, and defendant Matthew Christian Locher ("defendant"), individually and by and through his counsel of record, Robert Helfend, hereby stipulate as follows:

    1.   Defendant pleaded guilty to count one of the indictment at the change of plea hearing in this case, held on August 29, 2022.

    2.   During the hearing, the government noticed that the filed plea agreement erroneously omitted the mandatory minimum sentence for count one, the count of conviction.

3.   At the hearing, the government orally advised defendant that the mandatory minimum sentence the Court must impose for the count of conviction, a violation of 18 U.S.C. § 2251(a), (e), is 15 years' imprisonment.

4.   During the hearing, defense counsel, Robert Helfend, confirmed that he had previously advised his client regarding the mandatory minimum sentence carried by the count of conviction. Defendant confirmed his understanding of the mandatory minimum sentence on the record as well.

5.   Defendant understands that the statutory mandatory minimum sentence that the Court must impose for a violation of 18 U.S.C. § 2251(a), (e) is: 15 years' imprisonment; a five-year period of supervised release; and a mandatory special assessment of $100.

//
//

6. This stipulation is incorporated into the plea agreement filed at Docket 26.

IT IS SO STIPULATED.

Dated: August 29, 2022				Respectfully submitted,

							STEPHANIE S. CHRISTENSEN
							Acting United States Attorney

							SCOTT M. GARRINGER
							Assistant United States Attorney
							Chief, Criminal Division


							     /s/
							_____
							CHELSEA NORELL
							Assistant United States Attorney

							Attorneys for Plaintiff
							UNITED STATES OF AMERICA

							_____
							ROBERT HELFEND
							Attorney for Defendant
							MATTHEW CHRISTIAN LOCHER

							_____
							MATTHEW CHRISTIAN LOCHER
							Defendant