E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
CHELSEA NORELL (Cal. Bar No. 280831)
Assistant United States Attorney
Deputy Chief, Violent and Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2624
    Facsimile: (213) 894-0141
    E-mail:    chelsea.norell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-581-DMG |
|---|---|
| Plaintiff, | GOVERNMENT'S SENTENCING POSITION; DECLARATION OF CHELSEA NORELL AND EXHIBITS FILED CONCURRENTLY HEREWITH UNDER SEAL |
| v. | |
| MATTHEW CHRISTIAN LOCHER, | Hearing Date: March 28, 2023 |
| Defendant. | Hearing Time: 11:00 a.m. |
| | Location:    Courtroom of the Hon. Dolly M. Gee |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Chelsea Norell, hereby files its Sentencing Position.

This Sentencing Position is based upon the attached memorandum

//

//

of points and authorities, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: March 14, 2023          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

_____/s/_____
CHELSEA NORELL
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# TABLE OF CONTENTS

DESCRIPTION                                                          PAGE

MEMORANDUM OF POINTS AND AUTHORITIES...............................1

I.    INTRODUCTION................................................1

II.   DEFENDANT'S PATTERN OF EXPLOITATION.........................2

      A.   Defendant Used Racial Epithets to Foster Victim A's
           Self-Hate and to Encourage Her to Commit Suicide and
           Self-Mutilate.........................................3

      B.   Defendant Posed As a "Coach" to Induce an Anorexic
           Girl to Starve Herself and Self-Mutilate Whenever She
           Ate...................................................7

      C.   Defendant Encouraged a 12-Year-Old to Kill Her Parents
           So He Could Kidnap Her to Become His Sex Slave.........10

      D.   Unnamed Victims Who Defendant Lured with the Same
           Sadistic Modus Operandi...............................12

           1.   Defendant Attempted to Use a Minor to Photograph,
                Drug, and Rape Younger Minors....................12

           2.   Defendant Coerced Another Victim to Cut and
                Starve Herself and Praised Her as a "Good Little
                Cutting Board" When She Sent Self-Mutilation
                Photos...........................................14

           3.   Defendant Traveled to New York to Take an 18-
                Year-Old He Had Been Brainwashing for Two Years
                Back to California to Be His Slave................15

III.  GUIDELINES CALCULATION.....................................17

IV.   THE GOVERNMENT'S RECOMMENDATION OF 30 YEARS IS SUPPORTED BY
      3553 FACTORS...............................................17

      A.   The Seriousness of Defendant's Offense and the Need
           for Just Punishment Warrants a Guideline Sentence.....17

           1.   Defendant cruelly preyed on and endangered the
                lives of children struggling with mental health
                crises...........................................17

           2.   Defendant's abuse for his own satisfaction was
                prolific.........................................18

           3.   Defendant's sadistic abuse has created indelible
                harm.............................................19

i

**TABLE OF CONTENTS (CONTINUED)**

DESCRIPTION                                                          PAGE

     B.   Defendant's History and Characteristics, the Need for
        General and Specific Deterrence, and Public Safety
        Support a 30-Year Sentence..............................21

V.   A LIFETIME PERIOD OF SUPERVISED RELEASE SHOULD BE IMPOSED.....22

VI.  DEFENDANT SHOULD PAY RESTITUTION.............................23

VII. CONCLUSION...................................................23

1

<u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

2

**I.   INTRODUCTION**

3   For at least three years, defendant trolled the Internet to find

4   vulnerable girls struggling with mental health crises, then exploited

5   those crises by coercing them to mutilate their bodies for his sexual

6   pleasure.  Defendant tortured his victims, pinpointing their

7   insecurities, then psychologically breaking them so they were primed

8   to indulge defendant's twisted fantasies, including watching them cut

9   their bodies with razors and attempt suicide on camera, all while

10  following defendant's specific directions.  Defendant's victims are

11  real people – real girls who turned to the Internet to seek help with

12  their struggles with anorexia, schizophrenia, and depression, and

13  tragically fell into defendant's hands.  At defendant's direction,

14  and with defendant watching them, they mutilated their bodies, they

15  attempted suicide, and one victim attempted to kill her parents so

16  defendant could kidnap her and make her his sex "slave."

17  Defendant's insatiable hunger for young victims, ages "8+",

18  according to his messages, propelled him to send thousands of

19  exploitative messages to young girls around the world.  In these

20  messages, defendant attempted to isolate vulnerable girls from their

21  families, indoctrinated them to worship him, sexualized self-harm and

22  masochism, and coerced or attempted to coerce them to harm themselves

23  on camera for his sexual satisfaction.

24  For his crimes against three minor girls, defendant was charged

25  with Sexual Exploitation of a Child for the Purpose of Producing a

26  Sexually Explicit Visual Depiction (Counts 1, 4, 6), Enticement of a

27  Minor to Engage in Criminal Sexual Activity (Counts 2, 5, 7, 8), and

28

1   Receipt of Child Pornography (Count 3).  Defendant pleaded guilty to
2   Count One on August 29, 2022, pursuant to a plea agreement.
3        The Probation Office issued its Presentence Investigation Report
4   on December 13, 2022, in which it calculated a total offense level of
5   42 and a criminal history category I, resulting in a Guidelines
6   sentence range of 360 months to life, which is capped to 360 months
7   by the statutory maximum sentence for Count One (18 U.S.C. §§
8   2251(a),(e)).  The Probation Office recommends the statutory maximum
9   sentence of 30 years' imprisonment, followed by a lifetime term of
10  supervised release.  (Dkt. 30.)  The government concurs with the
11  Probation Office's Guidelines calculation and its recommended
12  sentence.  The government also respectfully requests that the Court
13  enter the stipulated restitution order for the victims, filed under
14  seal at Dkt. 37, on February 22, 2023.

15  **II.  DEFENDANT'S PATTERN OF EXPLOITATION**

16       Defendant preyed on children by trolling online message boards
17  like Omegle to find victims struggling with mental disorders like
18  anorexia, depression, and bipolar schizophrenia, to groom to become
19  his sex "slave."  Once defendant identified a vulnerable victim, he
20  chatted with them on messaging platforms like Discord and Skype,
21  using flattery or offering some kind of service, such as a weight
22  loss plan for a victim struggling with anorexia.  In these chats,
23  Defendant revealed his sadistic fetishes, including torture and death
24  of children through rape, cutting, strangulation, and starvation.
25  Defendant's ultimate goal, in his own words, was to "kidnap a minor,"
26  and he boasted that he had "done tons of [cyber] security research to
27  keep [himself] (and her) safe."  (Norell Decl., Ex. 1, cell 2233.)

28

Defendant knew he was talking to kids, wanted to be talking to kids, and knew kids were, in fact, harming themselves at his urging. He knew that he was talking to kids because his victims told him their ages (between 12 and 17) and defendant saw them in photos and videos.  Defendant admitted his sexual interest in kids to his victims.  (PSR ¶ 88 (E.g., "I'm into that and kids. Like 8+.").)  And as described below, he coerced at least five minor girls to self-harm on live video or photograph the harm for his sexual gratification. Defendant was "impressed" that he caused one girl to be hospitalized for the self-mutilation that he caused her to perform.  In addition to the five victims described below, defendant coerced or attempted to coerce at least 20 other apparent minors who told defendant they were under 18 or who alluded to being a kid living at home with their parents.  (Norell Decl., Exs. 6-7, ¶ 12.)

**A.   Defendant Used Racial Epithets to Foster Victim A's Self-Hate and to Encourage Her to Commit Suicide and Self-Mutilate**

Through chat messages, defendant knew that Victim A was a 15-year-old girl who suffered from depression and suicidal thoughts. (PSR ¶¶ 19, 20; Norell Decl., Ex. 1 cell 25; see id. cell 172 (confiding in defendant that she had been "diagnosed with major depression and anxiety" and that she was "chronically suicidal").) Defendant groomed Victim A to be his "slave," fostered her self-hate, and induce her to act on self-hate with self-harm.  First, defendant gave Victim A "rules" to live by, designed to isolate her, idolize him, groom her to exploit her body, starve herself, and prepare her for self-harm:

> 1.  You belong to me. Body, mind, and soul. If you
> so much as kiss another person without my permission
> you'll kill yourself.

2. Every morning you will greet me before you get
out of bed.
3. Every night you will send me a goodnight message.
That message will include thanking me for letting you
live, any plans you have for the next day, as well
as how you feel about yourself that day (how much
of a horrible fat fuck you are, and how much you
hate yourself, or how good you feel)
4. You will never lie to me.
5. Every morning and every night you will weigh
yourself. You have to tell me both of the numbers
each day.
6. If you ever binge you will purge, and you will
record it for me.
7. You will get used to letting me see you. Videos,
pictures, etc.
8. You will only drink water, black coffee, or
unsweetened tea.
9. You will tell me everything, about yourself,
friends, family, what you're doing, etc. The more
you give me the more control I have over you.
10. When you do eat, unless I say otherwise, it
should always be something you hate
11. When you do eat, unless I say otherwise, make it
as unenjoyable as possible. Don't sit to watch a good
show or a nice view. Stand in the bathroom watching
yourself or do something else you hate. These two
rules will make you hate eating.
12. Everything is your fault.

(Id. cell 86.)  Defendant coerced and encouraged Victim A to act on
her feelings of self-hate, coaxing her to self-mutilate and attempt
suicide.  (PSR ¶¶ 21, 22.)  He berated and broke her: "You're
worthless, useless, you have nothing, you will never be anything. You
deserve all the hate you get and you deserve no love. You are a
waste. You are worse than nothing because you take up the air and
other resources those better than you could be using instead.  Now
turn on your light and take a picture of yourself crying on the floor
like the worthless slave you are." (Norell Decl., Ex. 1, cells 508-
509.)  Victim A sent defendant photos of herself crying after his

4

psychological attack, and defendant told her the breakdown was "sexy."  (Id. cell 1139.)

Defendant frequently advised Victim A on how she could kill herself and asked if he could watch.  (Id. cell 2867 ("I'd have you hang yourself using a belt and your doorknob"); id. cell 2871 (asking to watch her commit suicide); id. cell 2891 (asking for a video call to watch her commit suicide); id. cell 3271 ("I guess you really only tried hanging, and that didn't work because the belt kept loosening up."); id. cell 3271-3281 (offering to show Victim A how to hang herself in her closet).  In a law enforcement interview, Victim A told officers that defendant watched Victim A online during her failed attempt to hang herself to death, following defendant's instructions.  (Norell Decl., Ex. 12.)  Even after Victim A told defendant that she spent a month in a mental hospital as a result of her suicide attempts (Norell Decl., Ex. 2, cells 23-44), defendant continued to coerce her to self-harm vowing, "As a sadist I'm going to turn you into a masochist" (id. cell 495; see also  id. cell 90 ("Back to the mental hospital or all in dedication and obsession [with me]?"); id. cell 292 ("I want to carve 'PET' into your chest").)

When Victim A was not sufficiently "thankful" to defendant, defendant ordered her to "cut" herself "to apologize."  (Norell Decl., Ex. 1, cells 2316, 2328; PSR ¶ 21.)  Consequently, on November 7, 2020, Victim A sent defendant a video of herself cutting her wrist and forearm with a razor.  (Norell Decl., Ex. 1, cell 2340.) Defendant responded, "good slave.  Do 3 more, deeper."  (Id. cell 2342.)  Victim A replied, "but . . . im bleeding."  (Id. cell 2343.) Defendant wrote, "And I gave you an order.  I want to see how well

you do with instruction . . . go deeper." (Id. cell 2344.)  Victim A
ultimately sent defendant another video of herself cutting her wrist
and arm and a still image of her bloody arm and wrist.  (Id. cells
2350, 2351.)  Defendant responded, "Good slave.  You've proven you
can be a good pet.  You made me proud."  (Id. cells 2352, 2353.)

Defendant further manipulated the child to believe that self-
mutilation was "sexy" and made her "prettier."  For example, in
response to Victim A's cutting videos, defendant told her "You'll be
proud of yourself to know those videos really turned me on."  (Id.
cell 2359.)  He claimed her purpose in life was to satisfy his sexual
desire with self-harm, writing, "good slave . . . That's what you're
for isn't it?"  (Id. cells 2367, 2368.)  Then he groomed her to
continue self-harming without parental intervention, writing, "You
will need to learn to cut other places to hide the scars . . .
thighs, stomach and my favorite: your tits."  (Id. cells 2385, 2387.)
When Victim A asked why she would need to cut her breasts, defendant
answered, "It makes them look even prettier."  (Id. cell 2380.)
Victim A agreed to do that, and defendant responded, "good girl.  I
look forward to seeing . . . Hmm, I'm horny now lol," adding, "You
will also learn to get turned on by cutting," (id. cells 2397, 2399 –
2401, 2434), attempting to groom her to be a self-destructive
masochist.

Knowing that Victim A was African American, defendant used
racial epithets to degrade the child to coerce her compliance with
his sadistic demands.  (PSR ¶ 20.)  By his own admission, defendant
used the "n word" to make Victim A "react with self-hate."  (Id.
cells 2263, 2269.)  On January 4, 2021, defendant asked Victim A,
"what are you?" and she answered, "Your nigger slave."  Defendant

replied, "That's right . . . tomorrow I want you to write that across your tits with a marker and take a picture."  (Norell Decl., Ex. 2 cells 1337-1342.)  Heeding defendant's order, Victim A sent defendant images of the words "Niggar" [sic] and "Slave" written across her bare breasts.  (Id. cells 1475, 1476.)  Defendant responded, "Good nigger."  (Id. cell 1477; see also cell 1503 (calling Victim A a "fat little nigger cow").)  Later the same month, defendant again used racial epithets to debase the victim in the following exchange:

> Defendant: Good.  What are you?
> Victim A: I am your slave
> Defendant: My what?
> Victim A: Slave
> Defendant: Just a slave
> Victim A: . . . did you want me to add nigger to it?
> Defendant: I did
> Victim A:  Of course . . . im your nigger slave
> Defendant: I know you hate that.  It's about putting you below me.  But once you are fully in your place I'll give you lots of love and affection, more than you've ever been given before

(Norell Decl., Ex. 3 cells 64-74; see also Norell Decl., Ex. 2 cells 821, 822 (calling Victim A a "dumb little slave girl" and stating that "less people care [about you being kidnapped] because you're black"); Norell Decl., Ex. 2 cells 2023-2025 (defendant explaining there is always a risk of being caught when running away but "that said, it's pretty easy.  Especially since you're black so no one cares.").)

**B.   Defendant Posed As a "Coach" to Induce an Anorexic Girl to Starve Herself and Self-Mutilate Whenever She Ate**

Defendant found Victim B while he was trolling message boards dedicated to girls struggling with anorexia.  (PSR ¶¶ 25, 26; see also Norell Decl., Ex. 4, cell 104 (defendant calling Victim B his "ana project," referring to anorexia).)  Defendant presented him to Victim B as a "coach" who could help her lose weight.  (PSR ¶ 27; see

Norell Decl., Ex. 4 cells 1-13.)  Once they moved their conversation to a private chat on Discord, defendant's "coaching" revealed itself as a sadistic starvation plan.  He first subjected Victim B to "body checks," which involved photographing herself "front and profile," and sending them to defendant.  (Norell Decl., Ex. 4 cells 11, 13, 88.)  Then he challenged Victim B to abstain from eating as long as she could, and set forth the consequences for "failure":

> If you fail within 24 hours you'll kill yourself.
> 48 hours and you'll carve 5 words into yourself.
> 72 and you'll carve 4.  4 days and you'll carve 2.
> 5 days you'll carve 1.  6 days and you'll cut your
> thighs 10 times each.  6 days and you'll cut your
> wrists/arms 5 times.

(Id., cell 80.)  Defendant preyed on Victim B's eating disorder, berating her for eating any food, indoctrinating her to believe she was unworthy of life because of her appearance, all for his sexual satisfaction.  (PSR ¶ 28; see Norell Decl., Ex. 4, cell 57 ("You're a fat cow, worthless, and hate yourself."); cell 149 ("If you start gaining [weight] again then you should kill yourself"); cells 231-232 (defendant ordering Victim B to list everything she hates about herself in "as much detail as possible").)  He instructed her to cut herself with razors and knives.  (Norell Decl., Ex. 4, cells 87, 94.) He sexualized cutting, telling Victim B, "If a knife is incredibly sharp, like a razor, then it cuts.  If it's dull then it tears the skin which can cause larger scar . . . I find them sexy, personally." (Id. cells 94-95.)  Defendant called Victim B a "whore," a "cow", and a "cum dumpster," and told her cuts were "the only thing remotely sexy" and that she should "thank [him] out loud every time [she] cut."  (Id. cells 557, 577, 979-980.)

On March 12, 2021, defendant instructed Victim B to "cut the front of your tits.  It'll be painful up against the bra as a reminder for your failure."  (Norell Decl., Ex. 4, cell 437.)  Later the same day, he asked, "Did you cut yet cow?" and instructed her to show him.  (Id. cell 479-483.)  Victim B sent defendant an image of her breasts with razor cut marks across them.  (Id. cell 489.) Defendant responded, "Good job cow.  Of course you're disgusting, look at you."  (Id. cell 490-491.)  The next day, defendant told Victim B, "Turn on your camera, pull out your tits, and give them 4 cuts."  (Id. cell 816.)  Victim B complied with defendant's demand on a video call.  After the call, defendant wrote, "Good, now you know how to show your slut tits" (id. cell 960), adding "Those cuts are the best looking thing about you . . . at least scars are sexy . . . Those cuts are the only thing even remotely sexy about you . . . Now that you're finally on the path to being a real whore you may actually succeed.  But you'll probably just die first" (id. cell 972-982).

In other messages, defendant encouraged Victim B to carve the word "FAT" on her stomach and "Whore" on her thigh.  (Id. cell 1189; PSR ¶ 28.)  He wrote, "thinking about killing you is turning me on. Let me see your tits slave."  (Norell Decl., Ex. 4, cell 2242.) Consistent with Victim A, Victim B also told law enforcement that defendant asked her to livestream her suicide attempts so that he could watch.  (Norell Decl., Ex. 9.)

On a video call with defendant on March 13, 2021, at defendant's urging, Victim B cut her breasts on camera.  (PSR ¶ 29; Norell Decl., Ex. 10.)  The cuts were so deep that Victim B needed stiches and was hospitalized.  She was held on a 5150 suicide watch.  When Victim B

1  told defendant about this, he said, "that's impressive."  (Norell
2  Decl., Ex. 4, cell 1431-1433.)

3

4      **C.   Defendant Encouraged a 12-Year-Old to Kill Her Parents So He Could Kidnap Her to Become His Sex Slave**

5

6      Defendant encouraged a 12-year-old struggling with mental
7  illness, Victim C, to kill her parent and advised her on her plan to
8  do so.  (Norell Decl., Ex. 5, cells 17-433; PSR ¶ 30.)  In Discord
9  chats, defendant asked the child how she was going to kill her
10 parents, and she responded, "I plan on using chloroform to keep them
11 knocked out.  I'll decapitate them with my step fathers small
12 hatchet.  Then burn the house.  I would have already by then packed
13 my bag and chopped off my hair."  (Norell Decl., Ex. 5, cell 423.)
14 Defendant coached her on this plan, advising, "Chloroform doesn't
15 work as well as you think," adding, "It's actually really hard to
16 make someone pass out with it, and once they are out you have to keep
17 it on them." (Id. cells 417-420.)  Defendant praised Victim C's plan
18 and told her, "Good that they'll be dead soon!" (Id. cell 398; PSR
19 ¶¶ 30, 33.)

20      Defendant told Victim C that he would travel across country to
21 pick her up and bring her back to California once the child sent him
22 photographs of her murdered parents.  (PSR ¶ 31.)  Defendant told
23 Victim C that it was a 34-hour drive nonstop to retrieve her and that
24 he'd head out as soon as she sent photos of her dead parents.
25 (Norell Decl., Ex. 5, cells 393, 436-440.)  He coached her on how to
26 flee the scene once she had killed her parents and how to not get
27 spotted by law enforcement as an unaccompanied minor.  (Id. cell 225,
28 299, 361.)  They discussed where they would meet and how he would

10

drive her back to California to be his "pet." (Id. cell 334; PSR ¶ 31.)  He said that the child would be his "slave," a role defendant described as "kinda like a pet dog.  Loved and cared for, but [you] wouldn't have the same rights as a human.  Also, I'd use your body whenever I want and in whatever way I want." (Norell Decl., Ex. 5, cell 432; PSR ¶ 34.)

There is no question defendant knew he was talking to a child because Victim C sent defendant a selfie, per his request.  Defendant responded, "Oh you're super fucking cute," and added, "You'll make a wonderful pet." (Norell Decl., Ex. 5, cells 334, 337.)  Defendant also promised to have snacks in the car, where he would "pet" the child and rename her. (Id. cells 164, 188, 328.)  Defendant further advised her on how to escape her parents house after she killed them, instructing the child to wear a helmet on her bike so the police would not stop her and see that she was a young child. (Id. cell 225, 246, 299.)  He told her precisely what to pack, including a towel, extra socks, and homemade pepper spray that he told her how to make. (Id. cell 253, 273, 277.)  Defendant also vowed to keep Victim C locked up in his house until she turned 18, for both of their safety. (Id. cell 204, 214.)

Later the same night as these chats, Victim C set a fire at the bottom of the staircase of her family's house – initiating a step in the plan defendant praised and attempting to provide defendant with the proof he required. (PSR ¶¶ 35, 36.)  Victim C's parents were able to put out the fire and immediately took Victim C to in-patient care.

11

**D.    Unnamed Victims Who Defendant Lured with the Same Sadistic Modus Operandi**

In addition to the victims identified in the indictment, between approximately 2018 through 2021, defendant communicated with at least 20 other accounts in which the users self-identified as minors or discussed living with their parents, suggesting they were minors. (PSR ¶ 88; Norell Decl., Exs. 1-7, 9-X.)  In these chats, defendant encouraged the minors to starve themselves, to cut, to commit suicide or other self-harm, and to send him images of them nude or engaged in self-harm of suicide attempts.  (PSR ¶ 88.)  He often addressed the apparent minors as "slave" or "slave girl."  (Id.)

1.    Defendant Attempted to Use a Minor to Photograph, Drug, and Rape Younger Minors

As early as 2018, defendant was preying on girls on the Internet.  (Norell Decl., Ex. 6.)  Among Defendant's additional victims was "LL," who, based on context in their messages, was a high-school-aged girl in Australia.  The following is a sample of the chats he sent her:

- o  Defendant: Mmm beautiful. I want to watch you cut. Cut your arms, your thighs, your tits.

- o  Defendant: I bet you'd look amazing with the word "pet" carved into your chest

- o  Defendant: I want to choke you until you pass out. Bend you over the table and spank you with my hand, a hair brush, or a belt.

- o  Defendant: I want to cut you, burn you, stab needles big and small into your nipples and tits.

- o  Defendant: Are you masturbating right now thinking about it? Or cutting more for me like a good girl?

12

****

○ Defendant: This is practice. One day you or I will carve it
  into your tits.

○ Defendant:  Are you a pedophile?

○ LL:  what do you mean by pedophile

○ Defendant: Do you think of young kids sexually?

○ LL: no

○ Defendant: Shame. I do.

○ [Victim sends a cutting photo]

○ Defendant:  Good girl!  Could be deeper, but good job.
  *pets*

****

○ Defendant: I have a task for you.  This is ongoing.
  Whenever you see a cute girl in that age range (7ish-16ish)
  you are to take a picture and at the end of the week, send
  all pictures you've taken that week to me. You should be
  sickened by your body, and these are what you should look
  like for me.

****

○ Defendant: If you aren't here by end of Summer 2022, I'll
  make you kill yourself.  If you are, once I get sick of
  you, I'll either torture you to death, or have fun every
  night telling you to try to kill yourself by choking on my
  cock until you suffocate and die.

****

○ Defendant: Find some younger pretty girls and take their
  pictures and I'll show you me as a reward.

1  (Norell Decl., Ex. 6.)  One day in the chats, LL confided in

2  defendant that she had been keeping a secret from him that was eating

3  away at her: she was transgender and was waiting to transition.  She

4  pleaded with defendant to still look at her as his pet.  (Id. cell

5  749.)  Three days later, defendant, utterly callous to LL's struggle,

6  wrote, "Why couldn't you have some adorable sexy little sister or

7  cousin who you could pretend to be?  If she lived there you could

8  even drug her and take pictures of her for me, or even rape her!"

9  (Norell Decl., Ex. 6 at cell 1606.)

10              2.   Defendant Coerced Another Victim to Cut and Starve
                     Herself and Praised Her as a "Good Little Cutting
11                   Board" When She Sent Self-Mutilation Photos

12      Defendant preyed on another young girl, who identified herself

13  as a 14-year-old from Scotland. As he did with his other victims,

14  defendant encouraged her to kill, cut, and starve herself:

15          o  Defendant: Do you have a belt? You could use that to choke

16             yourself.

17          o  Defendant: Yeah you let go. If you wanted to kill yourself

18             with a belt its easy.

19          o  Victim: i think there's only one belt in my house and my

20             mom brings it with her all the time

21          o  Victim: i should ask my mom if i can buy a belt

22          o  Defendant: Oh? Want to kill yourself?

23          o  Victim: yes and no

24          o  Defendant: I'd love to watch honestly

25      ****

26          o  Defendant: You should also try cutting your tits sometime.

27             They get super sensitive and rub against your clothes and

28             get sore for days

                                    14

1      ****

2        o  Defendant: As for not eating, yes drinking water and

3             chewing gum is good. The last food related rule is also

4             training to make you hate eating. If you hate the taste of

5             all the food that you eat, you slowly stop wanting to eat.

6             For example, if you were to eat chicken then over-salt it

7             or splash some water on it. It'll taste gross and you won't

8             enjoy it. If you did that for even a month you'd naturally

9             stop wanting to eat.

10      ****

11        o  Victim: my mom told me to eat i ate drank some water i want

12             to throw it up.

13        o  Defendant: Good girl, you should go purge

14  As he did with other victims, defendant urged this victim to cut

15 herself and send photos.  When she did, defendant responded as

16 follows:

17        o  Defendant: Those pictures and videos are beautiful, I love

18             them. You're a good little cutting board, aren't you? Mmm

19             mmm

20        o  Defendant: The sloppy bandaids also gave this pathetic

21             uncaring vibe and it's really sexy honestly

22 (Norell Decl., Ex. 7.)

23      3.  <u>Defendant Traveled to New York to Take an 18-Year-Old</u>
            <u>He Had Been Brainwashing for Two Years Back to</u>

24              <u>California to Be His Slave</u>

25  In September 2020, the mother of victim "R" (a 17-year-old girl)

26 reported to the National Center for Missing and Exploited Children

27 (NCMEC) that R had been talking to a 30-year-old online through

28 Skype, username "daddyshark5," since she was 14 years old.  (Norell

Decl., Exs. 12, 13.)  The mother reported that the man's name was "Matt Locher" and that he had brainwashed her daughter. Investigators later determined that "Matt Locher" was in fact defendant, based on messages with R that they found on defendant's cellphone.

R's mother reported that defendant coerced her daughter to cut herself and send self-harm and sexual photos and videos to defendant when she was a minor.  (Norell Decl., Ex. 13.)  In the messages, R called defendant "daddy" and incessantly apologized to him for growing up and no longer looking like "a little girl."  Further, the mother reported that defendant was waiting for R to turn 18 so he could retrieve her from New York and bring her back to California. (Norell Decl., Exs. 12, 13.)  At the time the mother reported the conduct, her daughter had been hospitalized for attempting suicide, which she did after she learned that defendant had a girlfriend and that he planned for the three of them to live together in Los Angeles.  (Id.)

After her hospitalization in September 2020, R moved into a group home.  (Id.)  She turned 18 in May 2021, and just as defendant promised, in July 2021, he traveled to New York to pick her up and bring her back to California.  (Id.)  Defendant picked up R from her group home, brought her to JFK airport, but R was stopped trying to board the flight with defendant, per a tip from NYPD.  (Norell Decl., Ex. 12.)  Delta flight records showed that defendant booked R's ticket.  (Id.)  During a later search of defendant's apartment, law enforcement found gift-wrapped pacifiers and collars with the name he called R printed on it.  (Norell Decl., Ex. 14.)

## III. GUIDELINES CALCULATION

Consistent with the plea agreement, the USPO correctly calculates a total offense level of 42 based on the following: 32 base offense level (U.S.S.G. § 2G2.1(a)); +2 for an offense that involved a minor between the ages of 12 and 16 (U.S.S.G. § 2G2.1(b)(1)(B)); +4 for sadistic/masochistic abuse (U.S.S.G. § 2G2.1(b)(4)); +2 for use of a computer (U.S.S.G. § 2G2.1(b)(6)(b)(ii)); +2 for an offense that involved vulnerable victims (U.S.S.G. § 3A1.1(b)(2)(1)); and +3 for a multiple count adjustment (U.S.S.G. § 3D1.4, 2G2.1(d))).  (PSR ¶ 4.)

With a criminal history category I, the resulting Guidelines Sentence is 360 months to life, which is capped to 360 months by the statutory maximum sentence for Count One, the count of conviction. The Guidelines range for supervised release is five years to life.

## IV. THE GOVERNMENT'S RECOMMENDATION OF 30 YEARS IS SUPPORTED BY 3553 FACTORS

### A. The Seriousness of Defendant's Offense and the Need for Just Punishment Warrants a Guideline Sentence

#### 1. <u>Defendant cruelly preyed on and endangered the lives of children struggling with mental health crises</u>

Sexual exploitation is among the gravest harms a child can endure, but when it is paired with self-mutilation, violence, and suicide attempts, the harm is unfathomably grave.  Defendant violently and cruelly used children as playthings in his twisted fantasies, but the consequences were very real.  Real children were hospitalized, physically mutilated, and psychologically marred. Defendant was not satisfied with ruining a single life; his messages show an unbroken pattern of terror from at least April 2018 through May 2021 where he psychologically tortured and attempted to coerce at

17

least 25 children to send him images of them desecrating their bodies
for his sexual pleasure.  (Norell Decl., Ex. 6; PSR ¶ 18.)  While
this may be defendant's first conviction, the messages show it was
not his first offense; rather, it was part of his obsessively
deliberate, law-enforcement savvy, pattern of exploitation.

Defendant may suggest that the harm did not include "hands on"
offenses.  This is not mitigating.  First, defendant has bragged to
victims that he previously had a live-in slave and was looking for a
new slave to live with him forever.  (PSR ¶ 88; Norell Decl., Ex. 4
cells 179, 187.).  He also boasted that the last girl he groomed to
be his "slave" was 16 years old.  (Norell Decl., Ex. 4 cells 198-
201.)  He wrote, he "had her [the 16 year old] for about a year
online and I was going to her, then her mother and father got
divorced and she was taken away.  I waited for 4 months before giving
up."  (PSR ¶ 88; Norell Decl., Ex. 4 cell 199.)  From his own
statements, defendant had "a slave" and pursued another child slave
for at least a year and four months.  Second, even if defendant was
lying about all of this, the harm of his offenses is no less profound
because the children involved, in fact, mutilated and degraded
themselves on defendant's orders.  He is as culpable as if he held
the razor blades himself.

2.   Defendant's abuse for his own satisfaction was
prolific

Defendant sent thousands of exploitative messages to children
online for more than three years, from at least April 2018 through at
least May 2021.  (See Norell Decl., Exs. 1-7, ¶ 12.)  Unsatisfied
with inflicting his sadism on just one child, he hunted children on
at least 25 accounts in which the child disclosed her age or

18

disclosed details of her life suggesting that she was a child living at home with her parents.  (See id.)  He vetted children obsessively, looking for a child who could be manipulated and molded into his "a slave for life."  (See e.g., Norell Decl., Ex. 1, cell 101 ("I plan on keeping a slave for life.").)  He instructed nearly every victim to cut, starve, and/or kill themselves for his sexual pleasure. Defendant's conduct in this case was not a momentary lapse in judgment; it was not one fantasy taken too far.  It was an unbroken pattern of manipulating and psychologically torturing real children to commit real harm to them for defendant's sexual pleasure.

       3.   Defendant's sadistic abuse has created indelible harm

The wreckage defendant leaves in his wake speaks to the severity of this offense and the public threat it poses in an Internet-reliant era.

Victim A, only 15 years old at the time defendant abused her, explained that defendant convinced her that he loved her, then isolated her from her family and friends, and made her fixate on how to please him.  (Norell Decl., Ex 8.)  Victim A's family tried to help her, sending her to counseling and a behavioral health center, and starting her on medication, all to combat the harm that defendant caused.  (Id.)  Victim A urges that no other girl should have to endure what she endured.  (Id.)

Victim B, only 17 years old at the time defendant abused her, explained that after defendant coerced her to cut her breasts on video chat, she "felt alone in the situation and couldn't bring [herself] to tell anyone what happened."  (Norell Decl., Ex. 9.)  She wrote, "In a state of panic I remember calling my sister for help while I showered trying to get the bandages off open wounds."  (Id.)

19

1   Her family rushed her to the hospital, and Victim B recounted how

2   scared she was after her mom and sister left, adding, "[i]t was

3   uncomfortable having my shirt lifted up, my chest being full exposed,

4   having a doctor inspect, clean, and scrub cuts on a body I learned to

5   hate." (Id.) Victim B described the physical and psychological pain

6   defendant inflicted, explaining "he made me feel worthless, like a

7   nuisance, and that I had deserved the pain." (Id.) Victim B wrote,

8   "defendant has left permanent scars in my life, physically and

9   mentally. He dehumanized me and showed me no humanity." (Id.)

10   Victim B wrote, "I still am deeply influenced by the things that he

11   would demand of me and the things he told me," and that she is

12   working with a psychiatrist and therapist to try to heal, as well as

13   undergoing scar eradication treatments for the injuries defendant

14   caused. (Id.)

15        The mother of Victim C (12 years old at the time of defendant's

16   abuse), addressing defendant, wrote, "you changed our lives in July

17   of 2020. You took advantage of a vulnerable young girl and made her

18   make a horrifying decision to kill her family." (Norell Decl., Ex.

19   10.) "You are a monster and will always be a monster," she added.

20   (Id.) Victim C's mother explained that her family went through

21   "hell" from defendant's efforts to "destroy" her daughter, and that

22   she is happy knowing that defendant is in prison where he cannot hurt

23   anymore young girls. (Id.)

24        No family should endure what these families have endured. In

25   addition to the physical and psychological harm defendant caused,

26   these families have and will continue to spend thousands of dollars

27   in hospital bills, in-patient treatment, therapy, and psychiatry, as

28   set forth in the stipulated restitution order. Only a Guidelines

1   sentence can reflect the severity of the offense, protect the public

2   against this defendant, and deter other would-be offenders from

3   exploiting children for their own pleasure with reckless disregard

4   for the lives they mar.

5       **B.   Defendant's History and Characteristics, the Need for
         General and Specific Deterrence, and Public Safety Support**

6       **a 30-Year Sentence**

7       The Court need not look beyond defendant's own words to see his

8   true depravity.  Defendant's lack of prior convictions is not

9   indicative of a law-abiding life, but rather a function of not

10  getting caught, perhaps in part thanks to the computer savvy he

11  boasts to his victims.  But the Discord messages discovered in this

12  case show that he engaged in this pattern of abuse for at least three

13  years before he was arrested.  To the extent that his lack of prior

14  convictions carries any weight, it is accounted for in his criminal

15  history score and is not a basis for departing from the Guidelines

16  range.

17      Defendant reported to the USPO and Dr. Malinek, the psychologist

18  he hired to evaluate him, that he had challenges in his homelife as a

19  child, but these challenges do not begin to explain or justify the

20  choice defendant made as an adult, day after day for three years, to

21  coerce children to self-harm.  Accepting defendant's challenges at

22  face value, they pale in comparison to the torture he inflicted on

23  his victims.  Ironically, defendant reported to Dr. Malinek that the

24  Internet was a refuge where defendant could talk to strangers about

25  his depression, anxiety, and suicidal thoughts, but when the victims

26  in this case needed the same refuge, he exploited their conditions

27  for his sexual pleasure.  Lurking in the shadows of the Internet,

28

21

defendant had no regard for the lives he ruined, the innocence he stole, and the psyches he broke.

Defendant is – and will continue to be – a clear and present danger to the community.  A sentence of less than 30 years for this 32-year-old will not adequately protect the public, and our most vulnerable children, against this predator who has demonstrated an unbroken and compulsive pattern of abuse.

Defendant's mitigation arguments and acceptance of responsibility are already accounted for in the three-level reduction for acceptance of responsibility and the favorable plea agreement that caps his sentence at 30 years' imprisonment, where he would otherwise be subject to a life sentence, which is supported by both his Guidelines range and the circumstances of this case.  A variance below the Guidelines would not reflect the seriousness of the offense and would jeopardize public safety, given defendant's age and characteristics, and would not provide adequate deterrence.

**V.   A LIFETIME PERIOD OF SUPERVISED RELEASE SHOULD BE IMPOSED**

The government agrees with Probation that a lifetime term of supervised release is appropriate.  (Recommendation Letter, CR 143, p. 2.)  As Congress explained when amending 18 U.S.C. § 3583,

> Studies have shown that sex offenders are four time more likely than other violent criminals to recommit their crimes. Moreover, the recidivism rates do not appreciably decline as offenders age . . .  While any criminal's subsequent re-offending is of public concern, preventing sexual offenders from re-offending is particularly important, given the irrefutable and irreparable harm that these offenses cause victims and the fear they generate in the community.

H.R. Rep. 107-527.

Given defendant's long-term and extensive abuse of numerous children, to protect the public from further crimes, and to provide

22

defendant with any needed educational, medical care, and/or correctional treatment, the government agrees with the Probation Officer that a lifetime term of supervised release is appropriate. (Dkt. 30.)

## VI.  DEFENDANT SHOULD PAY RESTITUTION

The government concurs with the USPO that restitution is mandatory in this case (PSR ¶ 151 (citing 18 U.S.C. § 2259(c)(3))), and respectfully asks the Court to enter the stipulated restitution order filed on February 22, 2023 at Dkt. 37.  The government also agrees with the USPO that defendant does not appear to have the ability to pay any fines and that defendant's resources should be directed to paying restitution forthwith.  (PSR ¶ 136.)

## VII. CONCLUSION

The predatory and purely evil nature and circumstances of the offense, the unquantifiable harm and devastation defendant's crimes caused, the need for general and specific deterrence, and the need to promote respect for the law, to protect the public from defendant and others committing sadistic sexual acts against children, and to avoid unwarranted sentencing disparities, all militate in favor of a 30-year-sentence, which is the statutory maximum sentence, but also the low-end of the Guideline range.  Anything less would not meet the goals of sentencing.

For the foregoing reasons, the government respectfully requests that this Court sentence defendant to 30 years' imprisonment, followed by a lifetime term of supervised release; enter the stipulated restitution order; and order payment of the mandatory $100 special assessment.