# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – SENTENCING AND JUDGMENT

| Case No. | CR 21-581-DMG | Date | March 28, 2023 |
|---|---|---|---|

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Kane Tien | Katie Thibodeaux | Chelsea Norell |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Matthew Christian Locher | ✓ | ✓ | | Robert M. Helfend | ✓ | | ✓ |

**PROCEEDINGS:**     **SENTENCING AND JUDGMENT**    ☐ Contested   [X] Non-Evidentiary
Day ___ (if continued from a prior hearing date)

☐ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   X   Refer to separate Judgment Order.
☐ Imprisonment for ___ years/months on each of count(s) _____
    Count(s) _____ concurrent/consecutive to count(s) _____
☐ Fine of _____ is imposed on each of count(s) concurrent/consecutive.
☐ ___ years/months Supervised Release/Probation imposed on count(s) _____
    consecutive/concurrent to count(s) _____
    under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

    ☐ Perform ___ hours of community service ___ fine amounts & times determined by P/O.
    ☐ Serve ___ in a CCC/CT ☐ ___ Make $ ___ restitution in amounts & times determined by PO.
    ☐ Participate in a program for treatment of narcotic/alcohol addiction.
Pay ☐ any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
    ☐ Other conditions: _____

[✓] Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
[✓] Pay $ 100 per count, special assessment to the United States for a total of $ 100 _____
☐ Imprisonment for ___ months/years and for a study pursuant to 18 USC _____
    with results to be furnished to the Court within ___ days/months whereupon the sentences shall be subject to modification. This matter is set for further hearing on _____
[✓] Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
[✓] Defendant informed of right to appeal.
☐ ORDER sentencing transcript for Sentencing Commis___. Processed statement of reasons
☐ Bond Exonerated upon surrender ☐ upon service of _____
☐ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
☐ Issued Remand/Release # _____
☐ Present bond to continue as bond on appeal ☐ Appeal bond set at $ _____
[✓] Filed and distributed judgment. ENTERED.
[✓] Other: The Court hears from victims.

The Court recommends to the Bureau of Prisons that the defendant be designated to FMC Lexington, KY, FMC Rochester, MN, or MCFP Springfield, MO.

cc:                                                                    :52
                                                              Initials of Deputy Clerk   KT