AO 243 (Rev. 09/17)

**NO FEE**

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
### SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District Central |
|---|---|

| Name *(under which you were convicted):* Matthew Christian Locher | Docket or Case No.: 2:21-CR-00581-1-DMG |
|---|---|
| Place of Confinement: MDC-LA | Prisoner No.: 81282-509 |

| UNITED STATES OF AMERICA | Movant *(include name under which convicted)* |
|---|---|
| v. | Matthew Christian Locher |

**2:23-CV-02925-DMG**

### MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   First St US Courthouse.
   350 W. 1st st, suite 4311
   LA, CA, 90012

   **FILED**
   CLERK, U.S. DISTRICT COURT
   APR 12 2023
   CENTRAL DISTRICT OF CALIFORNIA
   BY:        rsm        DEPUTY

   (b) Criminal docket or case number (if you know): 2:21-CR-00581-1-DMG

2. (a) Date of the judgment of conviction (if you know): 3/28/2023

   (b) Date of sentencing: 3/28/23

3. Length of sentence: 324 months

4. Nature of crime (all counts):

   Production 8 counts

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐    (2) Guilty ☒    (3) Nolo contendere (no contest) ☐

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

   N/A

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☒

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☒   No ☐

AO 243 (Rev. 09/17)

8.  Did you appeal from the judgment of conviction?        Yes ☐        No ☒

9.  If you did appeal, answer the following:

(a) Name of court:  N/A

(b) Docket or case number (if you know):  N/A

(c) Result:  N/A

(d) Date of result (if you know):  N/A

(e) Citation to the case (if you know):  N/A

(f) Grounds raised:

N/A

(g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐     No ☒

If "Yes," answer the following:

(1) Docket or case number (if you know):  N/A

(2) Result:  N/A

(3) Date of result (if you know):  N/A

(4) Citation to the case (if you know):  N/A

(5) Grounds raised:

N/A

10.  Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?

Yes ☐   No ☒

11.  If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court:  N/A

(2) Docket or case number (if you know):  N/A

(3) Date of filing (if you know):  N/A

AO 243 (Rev. 09/17)

    (4)  Nature of the proceeding: _N/A_

    (5)  Grounds raised:

_N/A_

    (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

         Yes ☐    No ☒

    (7)  Result: _N/A_

    (8)  Date of result (if you know): _N/A_

(b)  If you filed any second motion, petition, or application, give the same information:

    (1)  Name of court: _N/A_

    (2)  Docket of case number (if you know): _N/A_

    (3)  Date of filing (if you know): _N/A_

    (4)  Nature of the proceeding: _N/A_

    (5)  Grounds raised:

_N/A_

    (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

         Yes ☐    No ☒

    (7)  Result: _N/A_

    (8)  Date of result (if you know): _N/A_

(c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1)  First petition:    Yes ☐    No ☒

    (2)  Second petition:    Yes ☐    No ☒

(d)  If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

_N/A_

AO 243 (Rev. 09/17)

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:**   See Attached

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See Attached

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

N/A

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed:

N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☒

AO 243 (Rev. 09/17)

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☒

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐   No ☒

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

N/A

Docket or case number (if you know):  N/A

Date of the court's decision:  N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:  N/A

**GROUND TWO:**  See Attached

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

See Attached

(b)  **Direct Appeal of Ground Two:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

AO 243 (Rev. 09/17)

(2)   If you did not raise this issue in your direct appeal, explain why:

_N/A_

(c)   **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:   _N/A_

Name and location of the court where the motion or petition was filed:

_N/A_

Docket or case number (if you know):   _N/A_

Date of the court's decision:   _N/A_

Result (attach a copy of the court's opinion or order, if available):

_N/A_

(3)   Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☒

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☒

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐   No ☒

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_N/A_

Docket or case number (if you know):   _N/A_

Date of the court's decision:   _N/A_

Result (attach a copy of the court's opinion or order, if available):

_N/A_

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_N/A_

AO 243 (Rev. 09/17)

**GROUND THREE:**   *See Attached*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*See Attached*

(b) **Direct Appeal of Ground Three:**

   (1)   If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐   No ☒

   (2)   If you did not raise this issue in your direct appeal, explain why:

   *N/A*

(c) **Post-Conviction Proceedings:**

   (1)   Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ☐   No ☒

   (2)   If you answer to Question (c)(1) is "Yes," state:

   Type of motion or petition:   *N/A*

   Name and location of the court where the motion or petition was filed:

   *N/A*

   Docket or case number (if you know):   *N/A*

   Date of the court's decision:   *N/A*

   Result (attach a copy of the court's opinion or order, if available):

   *N/A*

   (3)   Did you receive a hearing on your motion, petition, or application?

      Yes ☐   No ☒

   (4)   Did you appeal from the denial of your motion, petition, or application?

      Yes ☐   No ☒

   (5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

      Yes ☐   No ☒

AO 243 (Rev. 09/17)

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_N/A_

Docket or case number (if you know):   _N/A_

Date of the court's decision:   _N/A_

Result (attach a copy of the court's opinion or order, if available):

_N/A_

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_N/A_

**GROUND FOUR:**   See Attached

(a)   Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

See Attached

(b)   **Direct Appeal of Ground Four:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2)   If you did not raise this issue in your direct appeal, explain why:

_N/A_

(c)   **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2)   If you answer to Question (c)(1) is "Yes," state:

_N/A_

AO 243 (Rev. 09/17)

Type of motion or petition: _N/A_

Name and location of the court where the motion or petition was filed:

_N/A_

Docket or case number (if you know): _N/A_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available):

_N/A_

(3)   Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☒

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☒

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐   No ☒

(6)   If your answer to Question (c)(4) is "Yes," state: _N/A_

Name and location of the court where the appeal was filed:

_N/A_

Docket or case number (if you know): _N/A_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available):

_N/A_

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_N/A_

13.   Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

_Yes, Ground 1, Ground 2, Ground 3, Ground 4. This is my first submission of any grounds, appeals, motions, petitions, or applications._

AO 243 (Rev. 09/17)

14.  Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the
     you are challenging?          Yes ☐       No ☒
     If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the
     issues raised.

     _N/A_

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the
     judgment you are challenging:
     (a) At the preliminary hearing:
     _Robert Helfend_
     (b) At the arraignment and plea:
     _Robert Helfend_
     (c) At the trial:
     _Robert Helfend_
     (d) At sentencing:
     _Robert Helfend_
     (e) On appeal:
     _N/A_
     (f) In any post-conviction proceeding:
     _N/A_
     (g) On appeal from any ruling against you in a post-conviction proceeding:

     _N/A_

16.  Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court
     and at the same time?          Yes ☐       No ☒

17.  Do you have any future sentence to serve after you complete the sentence for the judgment that you are
     challenging?          Yes ☐       No ☒
     (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

     _N/A_
     (b) Give the date the other sentence was imposed: _N/A_
     (c) Give the length of the other sentence: _N/A_
     (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or
     sentence to be served in the future?          Yes ☐       No ☒

AO 243 (Rev. 09/17)

18.    TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*



---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

(1)   the date on which the judgment of conviction became final;

(2)   the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4)   the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 09/17)

Therefore, movant asks that the Court grant the following relief:

Stay the 3/28/23 sentence on the affor mentioned case 2:21-CR-00581-1-DMG, termenate relationship with
or any other relief to which movant may be entitled. Counsel, Robert Helfend, and appoint a Federal Public Defender in his place,

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion
under 28 U.S.C. § 2255 was placed in the prison mailing system on   April  8th  2023      .
                                                                      (month, date, year)

Executed (signed) on   April, 8th, 2023            (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

TRULINCS  81282509 - LOCHER, MICHAEL - Unit: LOS-H-S

----------------------------------------------------------------------------------------------------

FROM: 81282509
TO:
SUBJECT: Grounds
DATE: 04/07/2023 01:28:05 PM

Ground 1
I was shown a plea agreement on a Friday in 2022. The plea agreement was only briefly explained to me and I was not allowed a copy to read in my cell. I asked for time to discus what I remembered with my family. Three days later on the following Monday my attorney, Mr. Helfend ("Helfend") returned without warning and told me I had to sign then or never. He had waited until the very last week to show me the plea agreement. He did not - to the best of my knowledge - argue the terms of the plea agreement with the AUSA, and told me I had to sign it that day or that I would have to pay out of pocket for going to trial. Helfend did not make me aware that I had the option of switching to a Public Defender for a jury trial. Additionally he stated during that meeting he would easily convince the court to sentence me to the mandatory minimum of 15 years, then on subsequent visits informed me that would not be the case. Overall the entire plea agreement signing felt very intimidating and forced by Helfend. I signed under duress. Helfend did not act professionally in his capacity concerning my plea agreement, and proved ineffective in following through with his promises.

Ground 2
In early January 2023 I wrote a 7 page letter to the court. During a typically short visit with Helfend I delivered to him two copies. One copy for the court, and another for him to read, review, and understand more about my case and myself, and to suggest changes if necessary. I wrote this letter while under extreme emotional distress. It was a week after my first Christmas away from home and I had been in specialized housing (the SHU/The Hole) for over 10 months after being assaulted 5/22. My letter pled with the judge to go below the mandatory minimum. On 3/28/23, as I entered the courtroom for final sentencing Helfend whispered "I didn't actually read your letter until like two days ago and you can't ask to go below the mandatory minimum, that would be illegal for her [Judge Gee] to do/" This statement clearly shows a lack of care, cooperation, and effort as I had asked him repeatedly to read it and let me know if I needed to make changes before submitting it. A little over a week before the trial I asked Helfend to read a case, U.S.A. v. R.V. 14-CR-0316, in which the defendant was sentenced with a downward departure well under the mandatory minimum. Helfend's statement in the courtroom shows that he did not read this case as requested. In his capacity of doing what his client asked Helfend again refused to provide adequate counsel.

Ground 3
Helfend had me privately hire Dr. Malinek, a board-certified psychologist, whom Helfend stated he had been working with for many years. Dr. Malinek visited me only one time, despite promising to come back for another interview at a later date. During this single visit he had me fill out a fill-in-the-bubble test. Dry. Malinek proceeded to interview my fiance Ruth, however he did not interview my mother or sister even though he stated that he would; the entire psychological evaluation was based on the fill-in-the-bubble test, his reading of my letter to the court, and the interview with Ruth. I found Dr. Malinek's evaluation to be lacking in scope and substance. When I confronted Helfend about this, he waved off the issue and stated that he "used" Malinek but "didn't really know how he worked", changing his earlier opinion and ignoring my concern.

Ground 4
During the sentencing hearing the AUSA verbally attacked my character, using such defamatory comments as "evil", "monstrous", "disgusting", and "sick". Helfend did not object to or refute any of these malicious character accusations. Helfend should have explained that outside of this case I have always been a law abiding citizen with no record, a tax payer, a role model, taught adults with autism, and a generous person. Instead, after the AUSA and witness statements he whispered "you're going to have to hit a home run here!" before my statement to the court. Again Helfend provided ineffective counsel during this phase.

Michael Lacher 81282-509
MDC-LA
P.O. Box 53,1500
LA, CA, 90053

Judge Gee's Clerk
Attn: Hane Tien, United States District Court For
255 E Temple,
LA, CA 90012

CLERK, U.S. DISTRICT COURT
RECEIVED
APR 1 2 2023
CENTRAL DISTRICT OF CALIFORNIA
BY

CSO MOYBR
X-RAYED

CO m                    4-8-22   12:20 pm