**CERTIFICATE OF SERVICE**

I, **ALLISON YANG**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; that I am not a party to the above-titled action; and that I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**EX PARTE APPLICATION REQUESTING COURT ORDER REGARDING ATTORNEY-CLIENT COMMUNICATIONS; PROPOSED ORDER REGARDING ATTORNEY-CLIENT COMMUNICATIONS; SIGNED ORDER REGARDING ATTORNEY-CLIENT COMMUNICATIONS; GOVERNMENT'S INTERROGATORIES PROPOUNDED ON DEFENDANT'S DEFENSE COUNSEL ROBERT HELFEND, ESQ.**

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

**Matthew Christian Locher
Reg No. 81282-509
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555**

☐ By hand delivery, addressed as follows:

☐ By email as follows:

☐ By messenger, as follows:

☐ By Federal Express, as follows:

This Certificate is executed on **May 23, 2023**, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

*Allison Yang*
Allison Yang
Legal Assistant