

FILED
CLERK, U.S. DISTRICT COURT
May 26, 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: KT DEPUTY

To the clerk of court for the Honorable Judge Gee,

I am writing to inform the court that I was not served after the approval of my appeal. I left the Metropolitan Detention Center of Los Angeles on April 28th, 2023. I have just become aware that my appeal case has been steadily moving forward without my knowledge nor my ability to review and counter any documents or motions submitted. Because of these facts, I would like to request that all judgements taken during this time be purged or rerended and furthermore I would like a copy of all documents submitted to the court during the course of this and my previous case. Additionally, in the event that I have been appointed an attorney that I am not aware of, please include their contact information.

Thank you,
Matthew Locher
812-82-509

